Date signed February 20, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| JOAN CATHERINE BRANAN : | Case No. 06-17827PM |
| : | Chapter 7 |
| Debtor : | |

## MEMORANDUM OF DECISION

Before the court is the Trustee's Motion to Dismiss this case on account of the Debtor's failure to appear at the Meeting of Creditors. This case was previously before the court on Debtor's Motion to Reconsider an Order dismissing this case entered on account of her failure to comply with the credit counseling requirement, and the case was reinstated by Order entered December 20, 2006.

The filing of this case by the Debtor is an exercise in futility. Previously, on July 11, 2001, Debtor filed Bankruptcy Case No. 01-18863 with Bert V. Branan, co-debtor, and discharge was entered on October 22, 2001. Therefore, under § 727(a)(8) of the Bankruptcy Code, Debtor is ineligible to receive a discharge in a case under Chapter 7 for a period of eight (8) years accruing from July 11, 2001. Similarly, Debtor is not eligible for relief under Chapter 13 in that she has no income, owns no property, and "has lost all belongings of value, both real and personal property."

An appropriate order will be entered.

cc:
Joan C. Branan, P.O. Box 1338, North Beach, MD 20714
Michael G. Wolff, Trustee, 15245 Shady Grove Road, Suite 465, Rockville, MD 20850

**End of Memorandum**